FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 1 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

GERARD POSADA,

    Petitioner,

v.

JAMES A. YATES, Warden,

    Respondent.

Case No. SACV 09-0695-VBF (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition and dismissing the action with prejudice.

Dated: January 11, 2010

*Valerie Baker Fairbank*
Valerie Baker Fairbank
United States District Judge