JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| GERARD POSADA,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | Case No.  SACV 09-0695-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: January 11, 2010



Valerie Baker Fairbank
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY